371 A.2d 1301

Commonwealth v. Sobell, Appellant.

Argued November 15, 1976. Emilio P. Fastuca, with him Tobias, Viola & Fastuca, for appellant; Joseph W. Hernandez-Cuebas, Assistant District Attorney, with him Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, P. J., absent.